**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  09-cv-01795-REB-KMT

PAUL O'HERON,
WADE O'HERON, and
KEVIN O'HERON,

       Plaintiffs,

v.

ARMANDO ORTIZ-OLIVAS, a/k/a Armando Ortiz,

       Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

       The matter before me is the **Stipulation For Dismissal With Prejudice** [#39] filed April 7, 2010.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

       **THEREFORE, IT IS ORDERED** as follows:

       1.  That the **Stipulation For Dismissal With Prejudice** [#39] filed April 7, 2010, is **APPROVED**;

       2.  That the Trial Preparation Conference set for July 23, 2010, is **VACATED**;

       3.  That the jury trial set to commence August 9, 2010, is **VACATED**; and

       4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

       Dated April 7, 2010, at Denver, Colorado.

       **BY THE COURT:**

       Robert E. Blackburn
       United States District Judge